

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL



Affirmed by M-872

Honorable Walton D. Hood
Law Enforcement Officer and Chief of Inspectors
Motor Transportation Division
Railroad Commission of Texas
Austin, Texas

Dear Sir:

> Opinion No. O-1258
> Re: Disposition of fines collected in the
> justice court for violation of the Motor
> Carrier Law.

We acknowledge receipt of your letter of August 9, 1939, in which you request the opinion of this department on the disposition of fines collected in justice courts under the provisions of the Texas Motor Carrier Law which is codified by Vernon's Annotated Civil Statutes as Article 911b.

Paragraph c of Section 17, Article 911b above referred to reads as follows:

> "(c) All fees except the fee provided in Section 5 of this Act accruing under the terms of this act and all fines and penalties collected under the provisions of this Act shall be payable to the State Treasurer at Austin, and credited to the fund to be known and designated as the "Motor Carrier Fund", which fund is appropriated for the purpose of carrying out the terms of this act and out of which all warrants and expenditures necessary in administering and enforcing this act shall be paid."

The question which you present is directly answered by this provision of the statute. All fines and penalties which are collected for violation of the provisions of this act must be paid to the State Treasurer at Austin and credited to the Motor Carrier Fund.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

RC:FL
APPROVED Aug.19, 1939
GERALD C. MANN
ATTORNEY GENERAL OF TEXAS

s/ Ross Carlton

By

Ross Carlton
Assistant

APPROVED OPINION
COMMITTEE BY B. W. B.
CHAIRMAN